421

(No. 6536– )

KENNETH R. KOCHER, Claimant, vs. STATE OF ILLINOIS, MILITARY AND NAVAL DEPARTMENT, Respondent.

*Opinion filed May 9, 1972.*

KENNETH R. KOCHER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6549– )

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF AERONAUTICS, Respondent.

*Opinion filed May 9, 1972.*

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.